# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                No. 4:08CR00240 JLH

ELTON WILLIAMS, III

## ORDER

Elton Williams, III, has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. The Court directs the United States to file a response within thirty days from the entry of this Order.

IT IS SO ORDERED this 19th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE