**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                            No. 4:08CR00240 JLH

ELTON WILLIAMS, III                                                                         DEFENDANT

## ORDER

The deadline for the government to supplement its response to defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is Monday, June 16, 2014.

IT IS SO ORDERED this 27th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE