**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                              No. 4:08CR00240 JLH

ELTON WILLIAMS, III

## ORDER

If Elton Williams, III, wishes to file a reply to the government's supplemental response, he may do so within fourteen days from the entry of this Order.

IT IS SO ORDERED this 16th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE