**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                           No. 4:08CR00240 JLH

ELTON WILLIAMS, III                                                     DEFENDANT

**ORDER**

Elton Williams, III, has moved to amend his Rule 36 motion. The motion to amend is GRANTED. Document #75. For the reasons previously stated, however, Williams must seek leave from the United States Court of Appeals for the Eighth Circuit to file a second or successive petition.

IT IS SO ORDERED this 20th day of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE